UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
THOMAS STALCUP,                     )
                                    )    C.A. No. 20-mc-00080-CRC
            Plaintiff,              )
                                    )    C.A. No. 13-cv-11967-DLC
     v.                             )
                                    )
DEPARTMENT OF DEFENSE,              )
                                    )
            Defendant.              )
_____)

## **MOTION TO DISMISS FOR MOOTNESS OR, IN THE ALTERNATIVE, TO TRANSFER TO MASSACHUSETTS**

The Federal Bureau of Investigation (the "FBI" or the "government"), by and through its attorney, Andrew E. Lelling, United States Attorney for the District of Massachusetts, herein files its motion to dismiss for mootness, or in the alternative, to transfer, pursuant to 28 U.S.C.A. § 1404(a), the plaintiff's motion to compel documents from the FBI. As grounds for this motion and supporting memorandum with attached exhibit, the government states that the FBI, a non-party to the above referenced Freedom of Information Act ("FOIA") litigation in Massachusetts, has conducted a search for the requested documents and records and there are no further documents to produce. As a result, the government moves this Court to either dismiss this motion to compel as moot, as the FBI has herein provided a declaration stating that no further responsive documents were found, or transfer the motion to compel to Massachusetts so that the court with the most knowledge of the facts of this case can adjudicate the motion.

## CONCLUSION

Wherefore, the government moves this Honorable Court to dismiss the plaintiff's motion to compel as moot, or in the alternative, to transfer this matter to Massachusetts

                                      Respectfully submitted,

                                      ANDREW E. LELLING
                                      United States Attorney

By:   */s/ Rayford A. Farquhar*
        Rayford A. Farquhar, BBO No. 560350
        Assistant U.S. Attorney
        U.S. Attorney's Office
        1 Courthouse Way - Suite 9200
        Boston, MA  02210
        (617) 748-3284
        rayford.farquhar@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                      */s/ Rayford A. Farquhar*
                                      Rayford A. Farquhar
                                      Assistant U.S. Attorney

## LOCAL RULE 7.1 CERTIFICATION

I, Rayford A. Farquhar, Assistant United States Attorney, herein certify that today I spoke with the plaintiff about the Declaration of Deborah A. Crum, Unit Chief, Discovery Unit, FBI, but the plaintiff insisted that this further search for responsive documents did not moot his motion to compel. The plaintiff informed me that he will not withdraw his motion to compel.

                                      *s/ Rayford A. Farquhar*
                                      Rayford A. Farquhar
                                      Assistant U.S. Attorney