UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS STALCUP, <br><br> Plaintiff, <br><br> v. <br><br> DEPARTMENT OF DEFENSE, <br><br> Defendant. | C.A. No. 1:21-MC-91009-LTS |

### PLAINTIFF'S MOTION FOR CONSOLIDATION AND HEARING AND MOTION TO BE GRANTED ELECTRONIC, ECF PRIVILEGES FOR THIS CASE

Plaintiff Stalcup moves for consolidation of his two cases currently before this Court and to be heard on the pending D.C. FBI motion to compel on February 3, 2021, the same day that this Court scheduled a hearing on three related motions. *See* 1:13-cv-11967-LTS, Doc. No. 268. Plaintiff conferred with FBI counsel AUSA Rayford Farquhar about this motion, who emailed Plaintiff on January 12, 2021 stating that "[t]he government would not oppose having the D.C. FBI motion heard on the same day as the other motions." *See* Exhibit A. This Court ruled that Plaintiff's prior motion to be heard on the D.C. motion to compel filed in the related case 1:13-cv-11967-LTS was moot, because the D.C. motion to compel was not yet "transferred in from District of . . . Columbia", or because it was incorrectly "[a]ssign[ed] . . . [to] Judge William G. Young." *See* 1:21-mc-91009-LTS, Doc. Nos. 9, 10.

Case 1:21-mc-91009-LTS "is related to civil action number 1:13-cv-11967-LTS". *See* 1:21-mc-91009-LTS, Doc. No. 11. Each of these two cases arose from the same set of facts and the same FOIA requests. Both have more than one "common question of law or fact". *See* federal and local rule 42(a)

1

(2) and 42(c) respectively. And a potential, similar motion to compel for the Massachusetts-based Raytheon corporation may soon be filed under case number 1:13-cv-11967-LTS.[1]

WHEREFORE, Plaintiff respectfully requests that both cases be consolidated and that a hearing on the D.C. motion to compel be scheduled on February 3, 2021. Should the Court not decide to consolidate the two aforementioned cases at this time, Plaintiff requests: 1) that his unopposed motion for hearing on the above date be granted; and 2) that he be granted full ECF (court electronic filing and notification privileges) for this case (1:21-mc-91009-LTS). Regarding #2 above, Plaintiff is experienced and qualified to use this Court's ECF system, and he notes that, to date, he has not received any notifications (email or otherwise) for any of his new case's various docket entries.

Respectfully submitted this 12th day of January, 2021.

/s/ *Thomas Stalcup*
Thomas Stalcup, PhD
50 Green St. Apt. 202, Brookline, MA 02446
(774) 392-0856 – stalcupt@gmail.com

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that I, pro se Plaintiff Dr. Thomas Stalcup, conferred via email with DoD counsel AUSA Rayford Farquhar on January 11th and 12th 2021 regarding this motion, who stated that "[t]he government would not oppose having the D.C. FBI motion heard on the same day as the other motions."

Dated: January 12, 2021

/s/ *Thomas Stalcup*
Thomas Stalcup, PhD

## CERTIFICATE OF SERVICE

I certify that the foregoing document filed through the ECF system should be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: January 12, 2021

/s/ *Thomas Stalcup*
Thomas Stalcup, PhD

---

[1] Raytheon has already informed Plaintiff that multiple boxes of potentially responsive records have been located, but per the rules governing discovery, Plaintiff is awaiting the outcome of FBI discovery before deciding to file that motion, as it may be unnecessary since each entity may maintain the same information.