UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

---

THOMAS STALCUP,

    Plaintiff,

v.

DEPARTMENT OF DEFENSE,

    Defendant.

C.A. No. 1:21-MC-91009-LTS

---

### AFFIDAVIT OF THOMAS STALCUP IN SUPPORT OF PLAINTIFF'S MOTION FOR CONSOLIDATION, HEARING, AND ECF PRIVILEGES

I, Thomas Stalcup, do hereby declare, subject to the penalties of perjury under the laws of the United States, that the following statements are true and correct, to the best of my knowledge and belief.

1. I am a US citizen over the age of 18 and reside in Brookline, MA.

2. I file this affidavit in support of my recent motion for consolidation, hearing, and ECF privileges, which I mailed via US Post separately, for manually filing in this case. That motion should soon be entered into this case as docket number 14 or a higher number.

3. Attached hereto as Exhibit A are true and correct copies of my Local Rule 7.1 conferral emails with AUSA Rayford Farquhar, who represents both the DoD and the FBI in this action.

Executed this 12th day of January 2021.

/s/
Thomas Stalcup, PhD
50 Green St. Apt. 202
Brookline, MA 02446
(774) 392-0856
stalcupt@gmail.com