UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| THOMAS STALCUP, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> DEPARTMENT OF DEFENSE, ) <br> ) <br> Defendant. ) | C.A. No. 1:21-MC-91009-LTS |

## PLAINTIFF'S EMERGENCY RENEWED MOTION TO COMPEL THE FBI TO PRODUCE RECORDS

In this case involving the loss of TWA Flight 800, Plaintiff moves the Court to expedite this emergency motion because of new circumstances. Specifically, the National Transportation Safety Board ("NTSB") is planning to begin destroying the reconstruction of TWA Flight 800 next month and those with causes of action in US Courts may require information not likely available until this motion is resolved in order to adequately inspect that reconstruction, which is critical to such causes of action.[1]

In support of this motion plaintiff is simultaneously filing a declaration by Plaintiff Stalcup, a memorandum, and relevant pages of an affidavit written by senior NTSB investigator (Ret.) Henry F. Hughes.

Respectfully submitted this 20th day of September, 2021.

/s/ *Thomas Stalcup*
Thomas Stalcup, PhD
50 Green St. Apt. 202, Brookline, MA 02446
(774) 392-0856 – stalcupt@gmail.com

## CERTIFICATION PURSUANT TO LOCAL RULE 7.1

I hereby certify that I, pro se Plaintiff Dr. Thomas Stalcup, conferred via email with FBI counsel

---
[1] See Stalcup Declaration, final ¶, filed simultaneously with this motion.

1

AUSA Rayford Farquhar on September 16th, 2021 regarding this emergency motion.

Dated: September 20, 2021

/s/ *Thomas Stalcup*
Thomas Stalcup, PhD